# In The United States Court of Federal Claims

No. 12-230T

(Filed: August 16, 2012)

_____

JASON AND WENDY MOSKOWITZ,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic preliminary status conference will be held in this case on Tuesday, August 21, 2012, at 2:00 p.m. (EDT).  Chambers will contact both parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge