# In The United States Court of Federal Claims

No. 12-230T

(Filed: August 21, 2012)

_____

JASON AND WENDY MOSKOWITZ,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a telephonic preliminary status conference was held in this case.  Participating in the conference were Edward M. Robbins, Jr., for plaintiffs, and Shelly dA Leonard, for defendant.  Following discussions with the parties, the court hereby adopts the following schedule for the filing of motions for summary judgment:

1. On or before September 21, 2012, plaintiffs shall file a motion for summary judgment;

2. On or before October 22, 2012, defendant shall file its cross-motion for summary judgment and its response to plaintiffs' motion for summary judgment;

3. On or before November 26, 2012, plaintiffs shall file their reply and their response to defendant's cross-motion; and

4. On or before December 21, 2012, defendant shall file its reply to its cross-motion.

    **IT IS SO ORDERED.**

                          s/ Francis M. Allegra
                          Francis M. Allegra
                          Judge