# In The United States Court of Federal Claims

No. 12-230T

(Filed: April 18, 2013)

_____

JASON AND WENDY MOSKOWITZ,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on the parties' cross motions for summary judgment will be held in this case on Friday, May 31, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled argument time.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge