# In The United States Court of Federal Claims

No. 12-230T

(Filed: August 29, 2013)

_____

JASON AND WENDY MOSKOWITZ,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On August 27, 2013, the parties filed a joint motion for an enlargement of 90 days of the court's deadlines for fact discovery. The motion is hereby **GRANTED**. Accordingly:

1. On or before December 3, 2013, the parties shall conclude fact discovery on the waiver issue; and

2. On or before December 17, 2013, the parties shall file a joint status report indicating how the case should proceed, including a proposed schedule, if appropriate, for further briefing on the pending cross-motions.

**No further enlargement of these deadlines will be granted.**

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra  
                                                    Francis M. Allegra  
                                                    Judge